Mary H. O'Day, individually, and Frank O'Day and Anna O'Day, by Mary H. O'Day, defendants in error, v. International Brotherhood of Teamsters, etc., of America, plaintiff in error. Gen. No. 32,726.

Opinion filed December 31, 1928. Rehearing denied January 11, 1929.

James H. Cronin and Frank J. Gillespie, for plaintiff in error; Maxfield Weisbrod, of counsel. Edwin D. Lawlor and Harry Tobin, for defendants in error.

Mr. Justice Scanlan delivered the opinion of the court.

Katherine Everett, appellee, v. Philip Fazio, appellant. Gen. No. 32,816.

Opinion filed December 31, 1928. Rehearing denied January 11, 1929.

Kirkland, Fleming, Green & Martin, for appellant; David Jacker, Jay Fred Reeve and William H. Symmes, of counsel. Joseph E. Winterbotham, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Jacob G. Grossberg, appellee, v. Nathan Haffenberg and Esther Ruth Haffenberg, appellants. Gen. No. 32,878.

Opinion filed December 31, 1928. Rehearing denied January 11, 1929.

Haffenberg, Kopald & Burns and Morris K. Levinson, for appellants. Jonas O. Hoover, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

## SECOND DISTRICT.

Ruth F. Ranney, appellant, v. Milo M. Ranney, appellee. Gen. No. 7,812.

Opinion filed June 27, 1928. Rehearing denied January 28, 1929.

Barnes, Magoon & Horton, for appellant. Kennedy & Kennedy, for appellee.

Mr. Justice Jett delivered the opinion of the court.